IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:19-cr-00126-DAD-BAM |
| Plaintiff, | ) | |
| v. | ) | |
| JESUS GONZALEZ, | ) | |
| Defendant. | ) | **ORDER TRANSFERRING CASES FOR ALL PURPOSES** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:19-cr-00184-LJO-SKO |
| Plaintiff, | ) | **New Case Number:** |
| v. | ) | **1:19-cr-00184-DAD-BAM** |
| TROY WAYNE REISS, | ) | |
| Defendant. | ) | |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:19-cr-00126-DAD-BAM, and 1:19-cr-00184-LJO-SKO on September 4, 2019;

Case number 1:19-cr-00184-LJO-SKO is transferred to the docket of District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:19-cr-00184-DAD-BAM**

IT IS SO ORDERED.

Dated: __September 5, 2019__  _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1