


FILED
FEB 24 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00126-DAD-BAM |
| Plaintiff, | |
| vs. | ORDER TO EXONERATE CASH BOND |
| JESUS GONZALEZ, | |
| Defendant. | |

**IT IS SO ORDERED** that the cash bond posted on receipt #CAE100042739 in the above-entitled case by Jesus Gonzalez in the amount of $3,000.00 be exonerated and returned to the surety.

Dated: **February 24, 2020**

_____
Honorable Dale A. Drozd
UNITED STATES DISTRICT JUDGE